MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:     service@the702firm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| JOHN LYONS, individually,<br><br>      Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>      Defendants. | Case No: 2:22-cv-00455-JAD-EJY<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff, JOHN LYONS, by and through their undersigned counsel, THE 702 FIRM, and Defendant, GEICO CASUALTY COMPANY, by and through their undersigned counsel of record, MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the briefing schedule, regarding Defendant's Motion to Dismiss, will be modified.  The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 17, 2022, Defendant filed their Motion to Dismiss.

WHEREAS, on March 31, 2022, Plaintiff's opposition to Defendants' Motion will be due and Plaintiff requested additional time to prepare his opposition to Defendant's Motion from Defendant and Defendant agreed;

NOW, therefore, the parties hereby STIPULATE that Plaintiff's Opposition to Defendant's Motion will be due April 14, 2022 and Defendant's Reply will be due April 21, 2022.

**IT IS SO STIPULATED**.

DATED this 30th day of March, 2022.                    DATED this 30th day of March, 2022.

| **THE702FIRM** | **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP** |
|---|---|
| */s/ Michael Kane* | */s/ Jonathan Carlson* |
| MICHAEL C. KANE, ESQ. (10096) <br> BRADLEY J. MYERS, ESQ. (8857) <br> JENEIFER PETERSON, ESQ. (11242) <br> 400 South 7th Street, Suite 400 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiff* | JONATHAN W. CARLSON (10536) <br> FRANK A TODDRE, II (11474 <br> 8337 West Sunset Road, Suite 350 <br> Las Vegas, Nevada 89113 <br> *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE